# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| **NEUSOMBA LONG,**<br>**CERETHA BUTLER,**<br><br>        **Plaintiffs,**<br><br>   **v.**<br><br>**WELLS FARGO BANK,**<br>**NATIONAL ASSOCIATION,**<br><br>        **Defendant.** | **Case No. 3:23-cv-00859-FDW-SCR**<br><br><br>**ORDER** |

This matter is before the Court upon Defendant's Motion to Compel Arbitration and Motion to Dismiss (Doc. No. 5). According to the Motion, Plaintiffs each signed a valid and binding agreement to arbitrate prior to their temporary work assignments with Defendant. Further, the claims alleged in the Complaint fall within the scope of the arbitration agreements. Defendant seeks to compel arbitration and dismiss this matter pending binding individual arbitrations, and Defendant does not waive any defenses. Plaintiffs filed a Response and indicated they "agree that the instant case is appropriate for arbitration, and consent to Defendant's Motion to Compel Arbitration, and to a stay of the Action." (Doc. No. 9 at 1).

Therefore, upon consideration of the motion and exhibits thereto, and Plaintiffs' response, the Court **GRANTS** the Motion to Compel Arbitration. This matter is **STAYED** pending the outcome of the parties' binding arbitrations. *See* 9 U.S.C. § 3. It is further **ORDERED** that the parties shall file a status report within 90 days of this Order, and each 90 days thereafter, until the conclusion of the arbitrations.

The Clerk shall send copies of this Order to the parties' counsel <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED**.

Signed: March 18, 2024

Susan C. Rodriguez
United States Magistrate Judge